| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------- X<br>    UNITED STATES OF AMERICA,<br><br>                           -v-<br><br>    DONTE MCGILL,<br>                             Defendant.<br>------------------------------------------------------------- X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 10/19/2022<br><br><br>1:16-cr-396-GHW-10<br><br>ORDER |

GREGORY H. WOODS, United States District Judge:

    WHEREAS, on October 6, 2022, U.S. Probation Officer Amber S. Wilton submitted to the Court a Violation Report for Supervisee Donte McGill asserting certain specifications of non-compliance as to Mr. McGill's conditions of supervision (the "Report");

    WHEREAS, on October 17, 2022, the Government and Mr. McGill reached an agreement on proposed modifications to Mr. McGill's conditions of supervised release; and

    WHEREAS, on October 17, 2022, at 11:00 a.m., the Court held a status conference;

    IT IS HEREBY ORDERED as follows:

    1. Mr. McGill shall submit to home detention and electronic location monitoring from October 17, 2022 until January 17, 2023, and shall be permitted to leave the residence only during agreed-upon windows as approved by the Probation Office, which windows shall include without limitation Mr. McGill's scheduled work shifts. The type of location monitoring technology employed shall be at the discretion of the Probation Office.

    2. A status conference shall be held on January 23, 2023 at 10:00 a.m.

    3. The specifications of non-compliance with Mr. McGill's conditions of supervision asserted in the Report shall be held in abeyance for further consideration at the

January 23, 2023 status conference.

    SO ORDERED.

Dated: October 19, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge