```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
   UNITED STATES OF AMERICA,                                 :
                                                             :
                                                             :
                 -v-                                         :
                                                             :         1:16-cr-396-GHW-10
                                                             :
   DONTE MCGILL,                                             :         ORDER
                                                             :
                                  Defendant.                 :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/14/2022

GREGORY H. WOODS, United States District Judge:

The status conference scheduled in this matter for January 23, 2023 will instead take place on January 19, 2023 at 4:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: November 13, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge