| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------ X<br>    UNITED STATES OF AMERICA,<br><br>                    -v-<br><br>    DONTE MCGILL,<br><br>                    Defendant.<br>------------------------------------------------------------ X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 1/11/2023<br><br><br>1:16-cr-396-GHW-10<br><br>ORDER |

GREGORY H. WOODS, United States District Judge:

The status conference scheduled in this matter for January 19, 2023 will instead take place on January 18, 2023 at 12:30 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: January 11, 2023
       New York, New York

                                                          GREGORY H. WOODS
                                                    United States District Judge